**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Manes, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Stetson Desert Project LLC, et al.,<br><br>Defendants. | No. CV-18-04664-PHX-DJH<br><br>**ORDER** |

On May 31, 2019, the Court Order the parties in this matter to show cause why they had failed to comply with the Court's Order Setting Rule 16 Scheduling Conference and submit their Joint Rule 26(f) Report by May 27, 2019. (Doc. 16). In that same Order, the Court reset the Rule 16 Scheduling Conference to June 6, 2019 at 10:30 a.m. (*Id.* at 2). On June 3, 2019, the parties filed their Joint Response to the Order to Show Cause, which provided a series of unpersuasive explanations for their failure to comply with the Court's Order. (Doc. 18). On that same day, Plaintiffs filed an Unopposed Motion to Appear Telephonically, which the Court granted. (Doc. 20).

Defendants' counsel, Mr. Laurent Badoux, failed to appear at 10:30 a.m. on June 6, 2019, for the Rule 16 Scheduling Conference. When the Court's Courtroom Deputy called Mr. Badoux to inquire about his status, she was informed that Mr. Badoux was attempting to appear telephonically. However, Mr. Badoux had not been given leave to appear telephonically. Shortly thereafter, Mr. Badoux called Chambers and told Chamber's staff that the reason he had not appeared was because he had thought the Rule 16 Scheduling

Conference was set for 4:30 p.m.

Accordingly,

**IT IS ORDERED** that before 10:00 a.m. on June 7, 2019, Mr. Badoux shall show cause in writing: (1) why he failed to appear at the Rule 16 Scheduling Conference; (2) why he provided the Court with inconsistent explanations for his failure to appear at the Rule 16 Scheduling Conference; and (3) what his current billable hourly rate is.

**IT IS FURTHER ORDERED** that Mr. Badoux shall provide a copy of this Order to Mr. Paul Wiser, Managing Partner of Buchalter's Scottsdale office, and Mr. Peter Bertrand, Chairman of Buchalter's Board of Directors.

Dated this 6th day of June, 2019.

Honorable Diane J. Humetewa
United States District Judge