1 **WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Ashley Manes, | No. CV-18-04664-PHX-DJH |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Stetson Desert Project LLC, et al., | |
| Defendants. | |

The Court stayed this matter pending the Ninth Circuit's opinion in *Tijerino v. Stetson Desert Project LLC*, 2:15-cv-02563-SMM (D. Ariz.). In *Tijerino*, a similar action involving the same Defendants, the district court determined that the plaintiff, who was a former exotic dancer at Le Girls, was not an employee under the FLSA, and therefore dismissed the case. *See Tijerino v. Stetson Desert Project LLC*, 2017 WL 9511247, at *6 (D. Ariz. June 21, 2017). The plaintiff in *Tijerino* appealed the dismissal and the Ninth Circuit held oral argument on July 9, 2019. On August 16, 2019, the Ninth Circuit revered and remanded the case for further proceedings. *See Tijerino v. Stetson Desert Project, LLC*, 2019 WL 3849570 (9th Cir. Aug. 16, 2019).

In light of the remand, the Court will lift the stay in this matter. The parties shall jointly file a status report regarding whether (1) the parties intend to file a motion to transfer or consolidate this case with *Tijerino* pursuant to Local Rule 41.2(b) or (2) why this this Court should not voluntarily reassign this case pursuant to Local Rule 42.1(e).

Accordingly,

1     **IT IS ORDERED** that the stay in this matter is lifted; and

2     **IT IS FURTHER ORDERED** that on or before <u>August 30, 2019</u>, the parties shall jointly file a status report that addresses the transfer or consolidation of this case with *Tijerino*.

Dated this 19th day of August, 2019.

*[signature]*
Honorable Diane J. Humetewa
United States District Judge