# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Manes,<br><br>  Plaintiff,<br><br>v.<br><br>Stetson Desert Project LLC, et al.,<br><br>  Defendants. | No. CV-18-04664-PHX-DJH<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order filed September 3, 2019, judgment of dismissal is entered and this action is hereby terminated.

Brian D. Karth
District Court Executive/Clerk of Court

September 3, 2019

s/ L. Figueroa
By:  Deputy Clerk